ALBERT VAN LOAN, Respondent, *v.* TUCKER, SPEYERS &
COMPANY, Appellant.

*Van Loan* v. *Tucker, Speyers & Co.*, 130 App. Div. 879, affirmed.
(Argued January 28, 1910; decided February 15, 1910.)

APPEAL, by permission, from a judgment of the Appellate
Division of the Supreme Court in the first judicial depart-
ment, entered January 27, 1909, affirming a judgment in
favor of plaintiff entered upon a verdict and an order deny-
ing a motion for a new trial in an action to recover on an
alleged contract for services.

*Austen G. Fox* and *Frank M. Patterson* for appellant.

*Otto Horwitz* and *Frederic Cyrus Leubuscher* for
respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, WERNER, WILLARD
BARTLETT, HISCOCK and CHASE, JJ.